UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-23090-CIV-LENARD/SIMONTON

CONSENT MOTION

FELIX R. MEDINA, et. al.

    Plaintiffs,

vs.

3C CONSTRUCTION CORP.; CUVEN CORP.; AUSTIN COMMERCIAL, INC.; and TURNER CONSTRUCTION COMPANY

    Defendants.
_____/



### 3C CONSTRUCTION CORPORATION'S CERTIFICATION OF COMPLIANCE WITH THIS COURT'S ORDER GRANTING IN PART PLAINTIFFS' MOTIONS TO ISSUE OPT IN NOTICES AND DENYING PLAINTIFFS' MOTION TO RECONVENE DEPOSITION AND TO ADD PARTY DEFENDANT DATED MARCH 30, 2004

The Defendant, 3C CONSTRUCTION CORPORATION (hereinafter "3C"), by and through its undersigned counsel, hereby certifies that it has mailed the names and last known addresses of all of its employees who were construction workers paid by 3C CONSTRUCTION CORPORATION on an hourly basis at the Miami International Airport North Terminal Projects to counsel for the Plaintiffs, J.H. Zidell on April 8, 2004.

           By: _____
                JOSEPH A. MILES, ESQ.
                FLA. BAR NO.: 981338

**ELDER, VACCARELLA,**
**LEWIS, MILES & REMBOLD, P.A.**

COURVOISIER CENTRE II, SUITE 401, 601 BRICKELL KEY DRIVE, MIAMI, FLORIDA 33131
MIAMI-DADE (305) 373-6065 • BROWARD (954) 763-5304 • FAX (305) 373-6066

CASE NO. 02-23090-CIV-LENARD/SIMONTON

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Certification was sent via facsimile and US Mail this ___ day of April 2004, to **J. H. ZIDELL, ESQ.**, 300-71st Street, #605, Miami Beach, FL 33141 and via U.S. Mail to **ADAM HANDFINGER, ESQ. and STEPHEN REISMAN, ESQ.**, Peckar & Abramson Rosenberg Reisman & Stein, LLP, One Southeast Avenue, Suite 3050, Miami, FL 33133, **LARRY V. BISHINS, ESQ.**, 4548 North Federal Highway, Fort Lauderdale, FL 33308 and **RANDEE S. SCHATZ, ESQ.**, 220 Sunrise Avenue, Suite 209, Palm Beach, FL 33480.

ELDER, VACCARELLA, LEWIS,
 MILES & REMBOLD, P.A.
601 BRICKELL KEY DRIVE
SUITE 401
MIAMI, FLORIDA 33131
TELEPHONE: (305) 373-6065
FACSMILE: (305) 373-6066
E-MIAL: jmiles@evlmr.com

By: _____
JOSEPH A. MILES
FLORIDA BAR NO. 981338

2

**ELDER, VACCARELLA,**
**LEWIS, MILES & REMBOLD, P.A.**

COURVOISIER CENTRE II, SUITE 401, 601 BRICKELL KEY DRIVE, MIAMI, FLORIDA 33131
MIAMI-DADE (305) 373-6065 • BROWARD (954) 763-5304 • FAX (305) 373-6066