UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 02-23090-CIV-MARTINEZ/TORRES

FELIX MEDINA, et al.,
    Plaintiffs,

v.

3C CONSTRUCTION CORPORATION, HUMBERTO CASARIEGO, AUSTIN COMMERCIAL, INC. and TURNER CONSTRUCTION COMPANY,
    Defendants
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation.  Judge Torres filed a Report and Recommendation **(D.E. No. 897)**, and the Court has reviewed that Report and Recommendation, as well as the entire file and record.  No objections to the Report and Recommendation were filed.  Accordingly, it is

**ADJUDGED** that Judge Torres' well-reasoned Report and Recommendation **(D.E. No. 897)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1. Sanctions are entered against Jamie Zidell, Esq. in the total amount of $7,937.03 in fees and costs, in favor of Turner-Austin Construction Co.

2. Mr. Zidell shall comply with this Order and satisfy his monetary sanction on or before **Friday, June 1, 2007**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of May, 2007.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Torres
All Counsel of Record