UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  02-23090-CIV-MARTINEZ-BANDSTRA

FELIX MEDINA, et al.,
    Plaintiffs,

v.

3C CONSTRUCTION CORPORATION et al.,
    Defendants

_____

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Vacating in Part Previous Order on Summary Judgment, Granting Summary Judgment in Favor of Defendants, and Granting Defendants' Post Verdict Motion for Judgment as a Matter of Law, judgment is entered in favor of the Defendant and against Plaintiff .

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of June, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Torres
All attorneys of record